JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAFECO INSURANCE COMPANY OF AMERICA,

                          Plaintiff,

        v.

CHRISTOPHER R. ORTIZ,

                          Defendant.

Case No. EDCV 24-02460-KK-SP

JUDGMENT

    Pursuant to the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment,

    IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant CHRISTOPHER R. ORTIZ, and this action is dismissed with prejudice.  (JS-6)

Dated: May 5, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge